1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Natividad Gutierrez

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  NATIVIDAD GUTIERREZ,                     )   No.  1:13-cv-01816-LJO-BAM
                                             )
12                 Plaintiff,                )   **REQUEST FOR DISMISSAL OF**
                                             )   **ACTION; ORDER**
13          vs.                              )
                                             )
14  MINH QUANG THAI, et al.,                 )
                                             )
15                 Defendants.               )
                                             )
16                                           )
                                             )
17  _____ )

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, Plaintiff, Natividad Gutierrez ("Plaintiff"), has settled the above-captioned
2    matter with all defendants;

3    WHEREAS, Plaintiff has been unable to obtain a signed stipulation from defendants for
4    dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

5    WHEREAS, no cross-claim, counter-claim or third-party claim has been filed in this
6    action;

7    Plaintiff hereby respectfully requests that the Court enter the dismissal of the action with
8    prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

9

10   Date: April 25, 2014                              MOORE LAW FIRM, P.C.

11

12                                                     */s/ Tanya E. Moore*
13                                                     Tanya E. Moore
                                                       Attorneys for Plaintiff
14                                                     Natividad Gutierrez

15

16                                            **ORDER**

17   Pursuant to the request of Plaintiff, Natividad Gutierrez, and no cross-claim, counter-
18   claim or third-party claim having been filed, and good cause appearing;

19   IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety
20   pursuant to Federal Rule of Civil Procedure 41(a)(2).

21   IT IS SO ORDERED.

22   Dated:   **April 28, 2014**                       **/s/ Lawrence J. O'Neill**
23                                                     UNITED STATES DISTRICT JUDGE

24

25

26

27

28